# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL RICHARD TION ROBINSON, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 5:21-cv-01148-KOB-JHE ) |
| J. BLAKE DEAN, et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION

Michael Richard Tion Robinson filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging violations of his rights under the Constitution or laws of the United States. (Doc. 1). On May 19, 2023, the magistrate judge entered a report recommending the court dismiss this action pursuant to 28 U.S.C. § 1915A(b)(1)-(2) for failing to state a claim upon which relief may be granted and for seeking monetary relief from a defendant who is immune from such relief. (Doc. 9). Although the magistrate judge advised the plaintiff of his right to file written objections within 14 days, the court has not received any objections.[1]

---

[1] On May 22, 2023, the magistrate judge noted that copies of the plaintiff's state criminal records had been inadvertently omitted from the report and recommendation. The magistrate judge directed the Clerk of Court to serve the copies on the plaintiff and ordered the plaintiff to file any objections within 14 days of the entry date of that order. (Doc. 10).

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b)(1)-(2), the court will dismiss this action without prejudice for failing to state a claim upon which relief may be granted and for seeking monetary relief from a defendant who is immune from such relief.

The court will separately enter a final judgment.

**DONE** and **ORDERED** this 10th day of July, 2023.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE